**Opinion filed April 27, 2023**



In The

# Eleventh Court of Appeals

_____

## No. 11-23-00030-CV

_____

## GUY MITCHELL SIMS JR., Appellant

## V.

## BEATRIZ AMANDA PADILLA, Appellee

**On Appeal from the 318th District Court**
**Midland County, Texas**
**Trial Court Cause No. FM-71,754**

### M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss this appeal. In the motion, Appellant states that he no longer desires to prosecute this appeal and requests that the appeal be dismissed. *See* TEX. R. APP. P. 42.1(a)(1). He also states that Appellee does not oppose the motion.

We grant Appellant's motion and dismiss this appeal.

April 27, 2023                                                                    PER CURIAM

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.